UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22435
  DEBRA A. MOONEY
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

            Debtor
  SSN XXX-XX-5876

--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/30/07 .

     2.  The case was dismissed without confirmation, 01/18/2008.

--------------------------------------------------------------------------------
CREDITOR NAME               CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------

          Summary of disbursements:
--------------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00        .00          .00          .00
PRINCIPAL PAID         .00        .00        .00          .00          .00
INTEREST PAID          .00        .00        .00          .00          .00
TOTAL PAID             .00        .00        .00          .00          .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $      .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

  Dated: 04/16/08                    /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE

```
                              PAGE   2
CASE NO.  07 B 22435 DEBRA A. MOONEY
```